**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-2179

CHRISTOPHER SWINDELL,

Plaintiff - Appellant,

v.

CACI NSS, INC., f/k/a L-3 National Security Solutions, Inc.; QUICK SERVICES, LLC,

Defendants - Appellees.

---------------------------------------

NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.,

Amicus Supporting Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:17-cv-00617-D)

Submitted:  August 4, 2022                    Decided:  August 30, 2022

Before MOTZ, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:**  Robert M. Elliot, Benjamin P. Winikoff, Alice Chen Anderson, Suzanne Reynolds, ELLIOT MORGAN PARSONAGE, PLLC, Winston-Salem, North Carolina,

for Appellant.   Patricia T. Bartis, Jonathan E. Hall, Raleigh, North Carolina, Tory Ian Summey, PARKER POE ADAMS & BERNSTEIN LLP, Charlotte, North Carolina, for Appellee CACI NSS, Inc.  Everett L. Dougherty, IV, Lee Dougherty, EFFECTUS PLLC, Washington, D.C., for Appellee Quick Services, LLC.  Sherrilyn A. Ifill, President and Director-Counsel, Janai S. Nelson, Samuel Spital, New York, New York, Daniel S. Harawa, Mahogane D. Reed, NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., Washington, D.C., for Amicus Supporting Appellant.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Swindell appeals from the district court's order granting summary judgment to Defendants in his civil action for a hostile work environment based on race and retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17, retaliation, in violation of 42 U.S.C. § 1981, and wrongful discharge, in violation of North Carolina state law. Having reviewed the record and the parties' briefs, we conclude that Swindell fails to establish reversible error by the district court. We therefore affirm its judgment. *Swindell v. CACI NSS, Inc.*, No. 5:17-cv-00617-D (E.D.N.C. Sept. 30, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*